ZENIA K. GILG, SBN 171922
LISA B. MEIER, SBN 218979
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone 415/394-3800
Fax        415/394-3806

Attorneys for Defendant
KENNETH HOPKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>KENNETH HOPKINS,<br><br>      Defendant.<br>_____ | CR S-04-00151 GEB<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS HEARING |

    THE PARTIES HEREBY STIPULATE AND AGREE that the status hearing, which is now set for June 24, 2005, shall be continued one week to July 1, 2005 at 9:00 a.m..

    It is further stipulated and agreed between the parties that the time be excluded until the requested hearing date of July 1, 2005.  The basis for the exclusion of time under the Speedy Trial Act is based upon 18 U.S.C. 3161(h)(3)(A) and Local Code T4, the unavailability of defense counsel.

The reasons for this requested continuance are presented in the accompanying declaration of counsel.

| | |
|---|---|
| S/MATTHEW STEGMAN | S/ZENIA GILG |
| MATTHEW STEGMAN | ZENIA K. GILG |
| Assistant U.S. Attorney | Attorney for Defendant |
| Dated: | Dated: |

**IT IS SO ORDERED.**

Dated:  June 20, 2005

/s/ Garland E. Burrell, Jr.

GARLAND E. BURRELL, JR.

United States District Judge