ZENIA K. GILG, SBN 171922
LISA B. MEIER, SBN 218979
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone 415/394-3800
Fax       415/394-3806

Attorneys for Defendant
KENNETH HOPKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>KENNETH HOPKINS,<br><br>      Defendant.<br>_____/ | CR S-04-00151 GEB<br><br>STIPULATION AND ORDER TO RESCHEDULE THE BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S SENTENCING HEARING; DECLARATION OF <u>COUNSEL;</u> |

    THE PARTIES HEREBY STIPULATE AND AGREE that the defendant's sentencing hearing, which is now set for November 4, 2005, shall be continued to December 2, 2005 at 9:00 a.m..

    IT IS FURTHER STIPULATED that the defendant and the government shall each file its objections to the draft presentence investigation report by October 28, 2005, and the probation department shall file its final presentence investigation report by November 4, 2005.

    It is further stipulated and agreed between the parties that the time be excluded until the requested hearing date on December 2, 2005.  The basis for the exclusion of time under the Speedy Trial Act to is provide the undersigned counsel with the reasonable time necessary for effective preparation, and to

provide for continuity of counsel pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T4.

The reasons for this requested continuance are presented in the accompanying declaration of counsel.

| | |
|---|---|
| /S/MATTHEW STEGMAN | /S/ZENIA K. GILG |
| MATTHEW STEGMAN | ZENIA K. GILG |
| Assistant U.S. Attorney | Attorney for Defendant |
| Dated: October 21, 2005 | Dated: October 21, 2005 |

**IT IS SO ORDERED.**

DATED:  November 7, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge