ZENIA K. GILG, SBN 171922
LISA B. MEIER, SBN 218979
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone 415/394-3800
Fax       415/394-3806

Attorneys for Defendant
KENNETH HOPKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

KENNETH HOPKINS,

    Defendant.
_____/

CR S-04-00151 GEB

STIPULATION AND ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING; <u>DECLARATION OF COUNSEL;</u>

THE PARTIES HEREBY STIPULATE AND AGREE that the defendant's sentencing hearing, which is now set for March 3, 2006, shall be continued to March 24, 2006, at 9:00 a.m.

It is further stipulated and agreed between the parties that the time be excluded until the requested hearing date on March 24, 2006.  The basis for the exclusion of time under the Speedy Trial Act to is provide the undersigned counsel with the reasonable time necessary for effective preparation, and to provide for continuity of counsel pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T4.

The reasons for this requested continuance are presented in the accompanying declaration of counsel.

| | |
|---|---|
| /S/MATTHEW STEGMAN | /S/ZENIA K. GILG |
| MATTHEW STEGMAN | ZENIA K. GILG |
| Assistant U.S. Attorney | Attorney for Defendant |
| Dated: February 24, 2006 | Dated: February 24, 2006 |

**IT IS SO ORDERED.**

Dated:  March 13, 2006

/s/ Garland E. Burrell, Jr.

GARLAND E. BURRELL, JR.

United States District Judge

2