ZENIA K. GILG, SBN 171922
LISA B. MEIER, SBN 218979
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone 415/394-3800
Fax       415/394-3806

Attorneys for Defendant
KENNETH HOPKINS


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|       Plaintiff, | CR S-04-00151 GEB |
|   v. | STIPULATION AND ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING; DECLARATION OF COUNSEL |
| KENNETH HOPKINS, | |
|       Defendant. | |
| _____/ | |

     THE PARTIES HEREBY STIPULATE AND AGREE that the
defendant's sentencing hearing, which is now set for March 24,
2006, shall be continued to April 21, 2006, at 9:00 a.m.

     It is further stipulated and agreed between the parties
that the time be excluded until the requested hearing date on
April 20, 2006.   The basis for the exclusion of time under the
Speedy Trial Act to is provide the undersigned counsel with the
reasonable time necessary for effective preparation, and to
provide for continuity of counsel pursuant to 18 U.S.C. section
3161(h)(8)(B)(iv) and Local Code T4.

The reasons for this requested continuance are presented in the accompanying declaration of counsel.


/S/MATTHEW STEGMAN                    /S/ZENIA K. GILG
MATTHEW STEGMAN                       ZENIA K. GILG
Assistant U.S. Attorney              Attorney for Defendant
Dated: March 20, 2006                Dated: March 20, 2006



         **IT IS SO ORDERED.**

Dated:  March 21, 2006




                                     /s/ Garland E. Burrell, Jr.

                                     GARLAND E. BURRELL, JR.

                                     United States District Judge